FILED
AUG 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

USA SKO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8751

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>Elizabeth GONZALEZ-Garcia,<br><br>    Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 19, 2008, within the Southern District of California, defendant Elizabeth GONZALEZ-Garcia, did knowingly and intentionally import approximately 64.40 kilograms (141.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 20th DAY OF AUGUST, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Elizabeth GONZALEZ-Garcia

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Bureau of Immigration and Customs Enforcement Special Agent Christina Johnson.

On August 19, 2008, at approximately 1957 hours, Elizabeth GONZALEZ-Garcia (GONZALEZ) entered the United States from the Republic of Mexico at the Calexico, CA, West Port of Entry. GONZALEZ was the driver of a white 1995 Dodge Ram truck.

Primary Customs and Border Protection (CBP) Officer A. Arguilez received a negative Customs declaration from GONZALEZ. While conducting an inspection of the vehicle, CBP Officer Arguilez noticed a strong fresh paint odor coming from the vehicle. CBP Officer Arguilez asked GONZALEZ if the vehicle had recently been painted and GONZALEZ said no. CBP Officer Arguilez asked GONZALEZ what she did for a living. GONZALEZ said she was going to Wal-mart in Calexico to buy groceries and things for her business. CBP Officer Arguilez tapped on the tires and noticed they sounded solid. CBP Officer Arguilez escorted the vehicle to the secondary lot for further inspection.

In secondary, the CBP Officer J. Kierepka inspected the tires and could not feel any vibration. A Narcotics Detector Dog alerted to the front driver side tire of the vehicle driven by GONZALEZ.

Packages were discovered inside all 4 tires of the vehicle. CBP Officer Kierepka removed one package. A presumptive field

test indicated the contents of these packages to be marijuana. Forty-two (42) packages were discovered in all. The total weight of the packages was approximately 62.70 kilograms (141.68 pounds).