**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Ms. Gonzalez-Garcia

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>**ELIZABETH GONZALEZ-GARCIA,**<br><br>          Defendant. | Case No. 08MJ8751<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 26, 2008           /s/ *Sara Peloquin*
                                **SARA M. PELOQUIN**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Ms. Gonzalez-Garcia

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 26, 2008                    */s/ Sara Peloquin*
                                            **SARA M. PELOQUIN**
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            Sara_Peloquin@fd.org