1

2
FILED

3
08 SEP -3 PM 2: 34

4
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

5
BY:                              DEPUTY

6

7

8
UNITED STATES DISTRICT COURT

9
SOUTHERN DISTRICT OF CALIFORNIA

10
June 2008 Grand Jury

'08 CR 2972 W

UNITED STATES OF AMERICA,    )    Criminal Case No. _____

11
                             )
           Plaintiff,        )    I N D I C T M E N T

12
                             )
    v.                       )    Title 21, U.S.C., Secs. 952 and

13
                             )    960 - Importation of Marijuana;
ELIZABETH GONZALEZ-GARCIA,   )    Title 21, U.S.C., Sec. 841(a)(1) -

14
                             )    Possession of Marijuana with
           Defendant.        )    Intent to Distribute

15
_____)

16
    The grand jury charges:

17
                          Count 1

18
    On or about August 19, 2008, within the Southern District of

19
California, defendant ELIZABETH GONZALEZ-GARCIA did knowingly and

20
intentionally import 50 kilograms and more, to wit: approximately

21
64.40 kilograms (141.68 pounds) of marijuana, a Schedule I Controlled

22
Substance, into the United States from a place outside thereof; in

23
violation of Title 21, United States Code, Sections 952 and 960.

24
//

25
//

26
//

27
//

28
LAST:nlv:Imperial
8/28/08

Count 2

On or about August 19, 2008, within the Southern District of California, defendant ELIZABETH GONZALEZ-GARCIA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 64.40 kilograms (141.68 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: September 3, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    LARA A. STINGLEY
    Assistant U.S. Attorney

2